IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:   GREGORY SCOTT WHEELER AND         CASE NO.: 05-55028 ERG
         TAMMY HELMER WHEELER, DEBTORS                    CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:   Gregory Scott and Tammy Helmer Wheeler (Debtor's)
         (estate funds insufficient to administer)

AMOUNT:  $1,530.52

REASON:  Whereabouts of Debtor's is unknown. Debtor's did not negotiate check. Other attempts to locate the Debtor's have also failed.

Respectfully Submitted on this 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Gregory Scott Wheeler and
Tammy Helmer Wheeler
12397 Old Kiln road
Picayune, MS 39466

This the 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**3002**

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 6/12/2008 | *******1,530.52 |

ZQYS0859

**2140552**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-55028 | Debtor: WHEELER, GREGORY S.<br>Joint Debtor: WHEELER, TAMMY H. |

*One Thousand Five Hundred Thirty Dollars And 52/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⑈00 300 2⑈⑈ ⑆⑆1110000 12⑆⑆ 4429550111⑈⑈

| Date: 6/12/2008 | Check Number: 3002 | Amount: $1,530.52 |
|---|---|---|
| Case Number 05-55028<br>Debtor Name: WHEELER, GREGORY S. | | |

| Paid To: UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4429550111